UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO L. RIVERA,

    PLAINTIFF,

v.                                    CASE NO. _____

UNITED STATES OF AMERICA,

    DEFENDANT.
_____/

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

COMES NOW the Plaintiff, Fernando L. Rivera (hereinafter "Rivera"), by and through his undersigned legal counsel, and hereby files his Complaint for Damages under the Federal Tort Claims Act against the Defendant, United States of America, states as follows:

## INTRODUCTION

1. This is an action against the Defendant, United States of America, under the Federal Tort Claims Act, (28 U.S.C. § 2671, *et seq.*) and 28 U.S.C. § 1346(b)(1), for negligence and professional malpractice in connection with medical care provided to Plaintiff Rivera by the Department of Veterans Affairs at the C.W. Bill Young VA Medical Center.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671, *et seq.*) and 28 U.S.C. § 1346(b)(1), for money damages as compensation for personal injuries caused by the Defendant's negligence.

3. Plaintiff Rivera has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. *Standard Form 95 attached as* <u>Exhibit A</u>.

4. This suit has been timely filed, in that Plaintiff Rivera timely served notice of his claim on both the Department of Veterans Affairs and the United States Department of Justice less than two years after the incident forming the basis of this suit.

5. Plaintiff Rivera is now filing this Complaint pursuant to 28 U.S.C. § 2401(b) after filing the Standard Form 95 with the Department of Veterans Affairs on October 19, 2017, and not receiving a denial by the Department of Veterans Affairs within six months. *Letter from the Department of Veterans Affairs that Plaintiff Rivera's claim was received attached as Exhibit B*.

## PARTIES, JURISDICTION AND VENUE

6. Plaintiff Rivera is, and at all times relevant hereto was, a resident of Lee County, Florida.

7. Defendant United States of America, through its agency, the Department of Veterans Affairs, operates the Veterans Affairs Medical Center located at 10000 Bay Pines Boulevard, Bay Pines, Florida 33744.

8. Defendant United States of America, including its directors, officers, operators, administrators, employees, agents, and staff at the C.W. Bill Young VA Medical Center are hereinafter collectively referred to as "VA Medical Center."

9. At all times relevant to this Complaint, the VA Medical Center held themselves out to the Plaintiff and eligible beneficiaries, as providers of high quality health care services, with the expertise necessary to maintain the health and safety of patients like the Plaintiff.

10. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant.

11. Jurisdiction is proper under 28 U.S.C. § 1346(b)(1).

12. Venue is proper under 28 U.S.C. § 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Middle District of Florida.

## FACTUAL ALLEGATIONS

13. On or about August 4, 2016, Mr. Rivera was admitted to the C.W. Bill Young VA Medical Center for a laparoscopic cholecystectomy.

14. Due to the negligence of the VA Medical Center, an aortic artery was cut, causing severe and life-threatening internal bleeding.

15. The procedure was emergently converted to laparotomy for repair of trocar associated aortic injury.

16. Mr. Rivera suffered a perforated aortic artery.

17. The emergent follow-up surgery has left Mr. Rivera with pain and numbness at the incision site, a large crooked scar on his abdomen, and a prolonged and difficult recovery.

18. The pain and physical limitations have caused Rivera to suffer severe depression and anxiety due to his diminished physical condition.

## **CAUSES OF ACTION**

### **NEGLIGENCE**

19. Plaintiff Rivera realleges and reincorporates each and every allegation above as if fully set forth herein.

20. The Defendant had a duty to provide ordinary care, and to exercise that standard and degree of care and skill required of health care providers, consistent with the expertise that the Defendant presented to the community at large.

21. The Defendant breached its duty of care to Mr. Rivera.

22. The Defendant breached its duty to Mr. Rivera by cutting his aortic artery, causing severe and life-threatening internal bleeding. The procedure was emergently converted to laparotomy for repair or trocar associated aortic injury. Mr. Rivera suffered a perforated aortic artery. The emergent follow-up surgery has left him with pain and numbness at the incision site, a large crooked scar on his abdomen, and a prolonged and difficult recovery. The pain and physical limitations have caused Mr. Rivera to suffer severe depression and anxiety due to his diminished physical condition.

23. As a direct and proximate result of Defendant's negligence, Rivera sustained serious and permanent personal injuries in and about his body; he incurred medical expenses, and other damages; he was forced to endure pain, suffering, and mental anguish; he suffered a loss of the enjoyment of life; he has lost wages.

24. The acts and/or omissions set forth above would constitute a claim under the law of the State of Florida.

25. The Defendant is liable pursuant to 28 U.S.C. § 1346(b)(1).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rivera, does hereby pray that judgement be entered in his favor and against the Defendant as follows:

1) Medical expenses, lost wages, pain and suffering, future impairment, and loss of enjoyment of life totaling $5,000,000.00.

2) Costs and attorneys fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Dated this 18th day of July, 2018.

Respectfully submitted,

_____
JAMES A. WARDELL, ESQUIRE
Florida Bar No. 0868061
WARDELL LAW FIRM, P.A.
805 W. Azeele Street
Tampa, FL 33606
Telephone: (813) 387-3333
Facsimile: (813) 387-3050
jwardell@jawlaw.net
kdaley@jawlaw.net
Attorney for Plaintiff